IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:12-CR-3023 |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED NOTICE PURSUANT TO** |
| MATTHEW MCCAULEY | ) | **22-AO-0003** |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW, the Defendant, Matthew McCauley, in a notice to the Court that he will not contest the following violations: 1b, 2a, 2b, 3, & 5. *He will also not contest violation 2c.*

The Defendant will be contesting the following violations: 1a & 4.

The hearing is not expected to take longer than 45 minutes.

                                                  Respectfully Submitted,

                                                  By:/s/ Christopher Roth
                                                        Christopher Roth
                                                        IA AT0010491
                                                        ROTH WEINSTEIN, LLC
                                                        1213 Jones St.
                                                        Omaha, NE 68102
                                                         Ph: (712) 310-7859
                                                        Fx: (402) 615-6223

                                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2024 he filed this document using the Court's electronic ECF system which sent an electronic copy of the foregoing to all attorneys of record in the case:

Shawn Wehde, Assistant U.S. Attorney


/s/ Christopher Roth
Christopher Roth