# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW RYAN MCCAULEY, Defendant. | HEARING MINUTES  Sealed: No<br>Case No.: 12-cr-3023-LTS-KEM-1<br>Presiding Judge: Leonard T. Strand<br>Deputy Clerk: Audrey Felderman<br>Official Court Record: Shelly Semmler  Contract? No<br>Contact Information: SSemmlerReporting@gmail.com |

| Date: | 4/15/2024 | Start: | 2:00 PM | Adjourn: | 2:26 PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | n/a | | | Time in Chambers: | | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Kevin Fletcher | | | | | | |
| | Defendant(s): | CJA Christopher Roth (defendant present) | | | | | | |
| | U.S. Probation: | PO Chris Hopper | | | | | | |
| | Interpreter: | n/a | | Language: | n/a | Certified: | n/a | Phone: n/a |

**TYPE OF PROCEEDING:** DETENTION | REVOCATION | X PRELIMINARY EXAMINATION

Contested? Yes     Continued from a previous date? No

| | | |
|---|---|---|
| Moving party: | Government (Doc. 101 (sealed)) | |
| Nature of proceedings: | | Ruling: |
| Review of detention or conditions | | |
| Review of pre-trial release | | |
| Review of supervised release | X | Supervised release revoked; 11 months imprisonment BOP. No additional term of supervised release to follow. |
| Preliminary examination | | |
| Witness/Exhibit List is | Defense Exhibits (Doc. 105 (under seal)), received. | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Defendant admitted to use of methamphetamine on April 13, 2024. The Court inquires as to whether Defendant is competent to proceed today. Defendant states his belief that he is competent to proceed. Both parties agree to proceed.

Defendant admits violations 1(b), 2(a), 2(b), 2(c), 3, and 5. Those violations established. Government withdraws alleged violations 1(a) and 4. The Government moves to amend the second supplemental petition to add violation 2(d), an additional allegation of use of controlled substance on April 13, 2024. Defendant admits violations 2(d). That violation established.

The Court will recommend placement as close to Fort Dodge, Iowa, as possible.

Defendant detained.