IN THE UNITED STATES DISTRICT COURT
FOR IOWA THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | ) | Criminal No. 3:12 CR 3023 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO EXTEND |
| vs. | ) | |
| | ) | |
| MATTHEW MCCAULEY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the Defendant, in a Motion to Extend the time allowed to file the CJA 23

financial affidavit:

1.  Counsel has attempted to get the CJA 23 affidavit signed;

2.  Counsel attempted to get the CJA 23 signed while Mr. McCauley was detained

    locally, but was unable to do so;

3.  Mr. McCauley is now detained in Yankton, and Counsel is attempting to get the CJA

    23 signed from Mr. McCauley at that facility;

For the reasons above, the Defendant prays that this Court extend the deadline to submit

the CJA 23 by 30-60 days.

Matthew McCauley,


By: _/s/Christopher J. Roth_____
Christopher J. Roth, Bar No. AT0010491
Roth Weinstein, LLC
1213 Jones Street
Omaha, NE 68102


(712) 310-7859

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 14, 2024 he filed this document using the Court's electronic ECF system which sent an electronic copy of the foregoing to all attorneys of record in the case:

U.S. Attorney's Office Sioux City, IA.


/s/ Christopher Roth
Christopher Roth