DEFENDANT: MATTHEW RYAN MCCAULEY
CASE NUMBER: CR 12-3023-1

**RECEIVED MAY 16 2024 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF IOWA**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

☒ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 11 months.

☒ The court makes the following recommendations to the Federal Bureau of Prisons:
It is recommended that the defendant be designated to a Bureau of Prisons facility in close proximity to Fort Dodge, Iowa, which is commensurate with the defendant's security and custody classification needs.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _May 7, 2024_ (via Airlift) to _FPC Yankton_

at _Yankton S.D._ with a certified copy of this judgment.

W. O'Donnell, Warden
UNITED STATES MARSHAL

By S. Sundleaf, CSO
FPC Yankton
DEPUTY UNITED STATES MARSHAL